JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5343RBL |
| Plaintiff, | ) | |
| vs. | ) | |
| RICHARD HERALD WALTON, | ) | ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| Defendants. | ) | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, and that failure to grant the requested continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, therefore,

//
//
//
//
//

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE           1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

IT IS HEREBY ORDERED that the **trial date be continued to August 29, 2005 @ 9:30 a.m.** with a Pretrial Motions deadline of July 8, 2005.  The **pretrial conference is scheduled for August 11 at 10:30 a.m.**

The period of delay resulting from this continuance from June 27, to August 29, 2005, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

IT IS SO ORDERED this 15th day of June, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented By:

/s/_____
Miriam F. Schwartz
Attorney for Defendant

/s/_____
William H. Redkey Jr.
Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF TRIAL DATE        2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**